# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 8, 2013

### NO. 03-10-00546-CR

**Robbye Denise Jones, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 27TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment **EXCEPT** that portion ordering her to pay court-appointed attorney's fees; and that portion stating that she was convicted of a first-degree felony: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is modified to remove the requirement that appellant pay court-appointed attorney's fees; and to provide that appellant was convicted of a second-degree felony, with her sentence enhanced to a first-degree felony by prior felony conviction, and that the judgment of the trial court, as modified, is affirmed. It **FURTHER** appearing to the Court that appellant is indigent and unable to pay costs, that no costs relating to this appeal be assessed against the appellant, both in this Court and the court below; and that this decision be certified below for observance.